Louis MIANO, Plaintiff,

v.

AC & R ADVERTISING, INC., Defendant.

Michael R. WIDENER, Plaintiff,

v.

AC & R ADVERTISING, INC., Defendant.

Morton WEINSTEIN, Plaintiff,

v.

AC & R ADVERTISING, INC., Defendant.

Nos. 91 Civ. 1280 (LBS), 91 Civ. 1676 (LBS) and 91 Civ. 3906 (LBS).

United States District Court, S.D. New York.

Aug. 19, 1993.

*ENDORSEMENT*

SAND, District Judge.

The Orders of Magistrate Judge Katz of Feb. 25, 1993, 148 F.R.D. 68, and of May 6, 1993 are adopted and approved.

The Court finds no error in Judge Katz's thoughtful and thorough opinion and ruling.

So Ordered.